**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 1 2 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| v. | |
| ULISES HERNANDEZ-PINEDA | No. **1:24-CR-355** |

THE GRAND JURY CHARGES THAT:

### Count One

Beginning on a date unknown, but at least as of on or about November 9, 2023, and continuing until on or about July 6, 2024, in the Northern District of Georgia and elsewhere, the defendant, ULISES HERNANDEZ-PINEDA, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving at least:

- 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(l)(A), and

- 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A),

all in violation of Title 21, United States Code, Section 846.

## Count Two

On or about March 11, 2024, in the Northern District of Georgia, the defendant, ULISES HERNANDEZ-PINEDA, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(l)(A), all in violation of Title 21, United States Code, Section 841(a)(l) and Title 18, United States Code, Section 2.

## Count Three

On or about March 11, 2024, in the Northern District of Georgia, the defendant, ULISES HERNANDEZ-PINEDA, did knowingly possess at least one of the following firearms, that is:

- One Mossberg International, model 702 Plinkster .22 caliber rifle,
- One Glock, model 27 .40 caliber pistol,
- One Glock, model 26 9mm pistol,
- One Glock, model 19X 9mm pistol, and
- One Stoeger, model STR-9C 9mm pistol,

during and in furtherance of a drug-trafficking crime, that is, possession with intent to distribute a controlled substance, as alleged in Count Two of this

2

Indictment, an offense for which the defendant may be prosecuted in a court of the United States, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## Count Four

On or about July 5, 2024, in the Northern District of Georgia, the defendant, ULISES HERNANDEZ-PINEDA, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(l)(A), all in violation of Title 21, United States Code, Section 841(a)(l) and Title 18, United States Code, Section 2.

## Count Five

Beginning on a date unknown, but at least as of on or about November 9, 2023, and continuing until on or about March 11, 2024, in the Northern District of Georgia, the defendant, ULISES HERNANDEZ-PINEDA, did knowingly combine, conspire, confederate, agree, and have a tacit understanding with others known and unknown to the Grand Jury, to violate Title 18, United States Code Section 933(a)(1), that is, to ship, transport, transfer, cause to be transported, and otherwise dispose of at least one firearm to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in Title 18, United States Code, Section

3

932(a)(1)(B)), all in violation of Title 18, United States Code, Sections 933(a)(3) and (b).

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One, Two, and Four of this Indictment, the defendant, ULISES HERNANDEZ-PINEDA, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, and pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense alleged in Counts One, Two, and Four of this Indictment.

Upon conviction of the offense alleged in Count Three of this Indictment, the defendant, ULISES HERNANDEZ-PINEDA, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense.

Upon conviction of the offense alleged in Count Five of this Indictment, the defendant, ULISES HERNANDEZ-PINEDA, shall forfeit to the United States of

4

America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, and pursuant to Title 18, United States Code, Section 934(a), any property constituting or derived from, any proceeds obtained, directly or indirectly, as the result of the violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation. The property to be forfeited includes the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count Five of this Indictment.

If, any property described above, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

5

the United States of America intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 934, to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A _____ *TRUE* _____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
 *United States Attorney*

*Calvin A. Leipold III*
CALVIN A. LEIPOLD, III
 *Assistant United States Attorney*
Georgia Bar No. 442379

*Bethany L. Rupert*
BETHANY L. RUPERT
 *Assistant United States Attorney*
Georgia Bar No. 971630

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000

6