IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

ULISES HERNANDEZ-PINEDA

Criminal Action No.

1:24-cr-00355-MHC

## FINAL ORDER AND JUDGMENT OF FORFEITURE

This matter is before the Court on the Government's motion for final order of forfeiture for property seized from the Defendant, Ulises Hernandez-Pineda. The Court entered the consent preliminary order of forfeiture on April 08, 2025, forfeiting the Defendant's interest in the following property to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

   a.   one (1) CBC (COMPANHIA BRAZILIERA DE CARTUCHOS), model: 702 Plinkster, .22 caliber rifle, serial number E014138389;

   b.   one (1) Glock GMBH, model: 27, .40 caliber pistol, serial number LTU390;

   c.   one (1) Glock Inc., model: 26GEN5, 9 caliber pistol, serial number AGKD039;

   d.   one (1) Glock GMBH, model: 19X, 9 caliber pistol, serial number BTNR904;

   e.   one (1) Stoeger, model: STR-9C, 9 caliber pistol, serial number T6429-22S09388;

f.    Umarex Sportwaffen GMBH & CO. KG, model: HK MP5, .22 caliber pistol, serial number HD053440;

g.    one (1) DPMS Inc. (DEFENSE PROCUREMENT MFG. SERVICES), model: A15, multi-caliber pistol, serial number FFH260285;

h.    one (1) Smith & Wesson, model: M&P 15-22, .22 caliber rifle serial number DET7341;

i.    one (1) Sig Sauer (SIG ARMS), model: SIG M400, .556 caliber rifle, serial number 20C010298;

j.    one (1) FNH USA, LLC, model: M249S, .556 rifle, serial number M249SA09607;

k.    ninety-four (94) rounds of associated unknown caliber ammunition; and

l.    one hundred sixty-six (166) rounds of unknown 7.62X39 caliber ammunition.

(Doc. 26.)

In accordance with the notice requirements set forth in 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), the United States published notice of the preliminary order of forfeiture, and of its intent to dispose of the property, on the official government internet site forfeiture.gov for at least 30 consecutive days. (Doc. 30.) However, no one has filed a petition to the property, and the deadline for doing so has expired.

This Court, having found that the Defendant's interest was forfeited to the United States in the consent preliminary order of forfeiture, that the United States published notice of the preliminary order of forfeiture, and of its intent to dispose

2

of the property, in accordance with 21 U.S.C. § 853(n) and 28 U.S.C. § 2461(c), that no third party has filed a petition claiming an interest in the property and that the time for filing such petition has expired, it is hereby ORDERED, ADJUDGED AND DECREED that:

1.  A final forfeiture judgment against the following property is hereby entered pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

    a.  one (1) CBC (COMPANHIA BRAZILIERA DE CARTUCHOS), model: 702 Plinkster, .22 caliber rifle, serial number E014138389;

    b.  one (1) Glock GMBH, model: 27, .40 caliber pistol, serial number LTU390;

    c.  one (1) Glock Inc., model: 26GEN5, 9 caliber pistol, serial number AGKD039;

    d.  one (1) Glock GMBH, model: 19X, 9 caliber pistol, serial number BTNR904;

    e.  one (1) Stoeger, model: STR-9C, 9 caliber pistol, serial number T6429-22S09388;

    g.  one (1) DPMS Inc. (DEFENSE PROCUREMENT MFG. SERVICES), model: A15, multi-caliber pistol, serial number FFH260285;

    h.  one (1) Smith & Wesson, model M&P 15-22, .22 caliber rifle, serial number DET7341;

    i.  one (1) Sig Sauer (SIG-ARMS), model: SIG M400, .556 caliber rifle, serial number 20C010298;

3

j. one (1) FNH USA, LLC, model: M249S, .556 rifle serial number M249SA09607;

k. ninety-four (94) rounds of assorted unknown caliber ammunition; and

l. one hundred sixty-six (166) rounds of unknown 7.62X39 caliber ammunition.

2. All right, title and interest in the above property is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED this 8th day of July, 2025.

_____
MARK H. COHEN
UNITED STATES DISTRICT JUDGE

Prepared by:
Jeffrey A. Brown, Assistant United States Attorney
(404) 581-4647

4